**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

TEKISHA ROUSSEAUX CASTELLANOS,

Plaintiff,

v. No. 1:25-cv-00910-KG-KRS

MANZANO MESA LIMITED PARTNERSHIP,
GSL PROPERTIES, INC.,
MISSION ROCK RESIDENTIAL, LLC,
GUARDIAN MANAGEMENT, LLC, and
BERNALILLO COUNTY,

Defendants.

**ORDER DENYING MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Defendant Guardian Management, LLC, moves the Court to dismiss *pro se* Plaintiff's Third Amended Complaint. *See* Defendant Guardian Management, LLC's Motion to Dismiss Plaintiff's Third Amended Complaint, Doc. 73, filed November 3, 2026.

The Court denies Defendant Guardian Management, LLC's Motion to Dismiss Plaintiff's Third Amended Complaint as moot because the Court entered an order striking the Third Amended Complaint the day before Defendant Guardian Management, LLC filed its Motion to Dismiss. *See* Order Striking Third Amended Complaint, Doc. 72, filed November 2, 2026 (ordering Plaintiff to file a fourth amended complaint); *Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("When courts strike a filing as improperly filed, it becomes a nullity"). The First Amended Complaint remains the operative complaint in this case unless and until Plaintiff's fourth amended complaint becomes the operative complaint. *See* Order Striking Second Amended Complaint, Doc. 36, filed April 20, 2026.

**IT IS ORDERED** that Defendant Guardian Management, LLC's Motion to Dismiss Plaintiff's Third Amended Complaint, Doc. 73, filed November 3, 2026, is **DENIED as moot.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.